**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**THERESA MICHELE BLUE,**

**Plaintiff,**

**v.** **Case No.: 5:25-cv-00808-SPC-PRL**

**YALE UNIVERSITY,**

**Defendant.**
**____________________________________/**

## ORDER

This cause is before the Court on Plaintiff's motion for entry of an ADA fast-track scheduling order. (Doc. 29). Defendant opposes the motion. (Doc. 37).

Pursuant to Judge Chappell's published preferences: "Cases brought under Title II or III of the Americans With Disabilities Act (ADA) are excepted from the requirements in Local Rule 3.02(a)."[1] Accordingly, "[a]n ADA Fast-Track Scheduling Order will be issued by the Court pursuant to Local Rule 3.02(d)(1) immediately after any defendant appears in an action originating in this court, or after the docketing of a removed or transferred action." Here, no such order has been entered, and Defendant first appeared in the action on August 21, 2026, when it filed a motion for extension of time to answer. (Doc. 17).

Further, based on Plaintiff's complaint, entry of an ADA fast-track scheduling order is not appropriate in this case. Plaintiff's amended complaint asserts a claim under Title III of the ADA, however, this claim is based on Defendant's alleged failures to provide reasonable

[1] Judge Chappell's preferences are listed on the Court's website, at https://www.flmd.uscourts.gov/judges/sheri-polster-chappell.

accommodations to Plaintiff while she was enrolled in Defendant's program and on Defendant's alleged failure to maintain adequate records. (Doc. 11 at ¶¶ 284-297). Plaintiff seeks relief in the form of correction of these records. (*Id.*). However, as Defendant's response highlights, many of the events of this case occurred several years ago. (Doc. 37 at 1-2). Plaintiff does not allege, for example, an ongoing denial of access that would necessitate expedited treatment. Therefore, Plaintiff's motion for entry of an ADA fast-track scheduling order (Doc. 29) is **denied**.

**DONE** and **ORDERED** in Ocala, Florida, on October 20, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party